# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-CR-091-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| DEKATO BERNARD GIBSON, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Suppress And Memorandum Of Law" (Document No. 18) filed September 20, 2023.

**IT IS, THEREFORE, ORDERED** that the undersigned will hold a hearing on "Defendant's Motion To Suppress And Memorandum Of Law" (Document No. 18) on **Thursday, November 2, 2023 at 10:00 am** in Courtroom 1A.

**IT IS FURTHER ORDERED** that Defendant shall file a reply brief in support of "Defendant's Motion To Suppress And Memorandum Of Law" (Document No. 18) on or before **October 24, 2023**.

**SO ORDERED**.

Signed: October 13, 2023

David C. Keesler
United States Magistrate Judge