IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-091-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| DEKATO BERNARD GIBSON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Suppress And Memorandum Of Law" (Document No. 18) filed September 20, 2023.

The Court has read "Defendant's Reply To The Government's Response To Defendant's Motion To Suppress" (Document No. 27) and believes that further briefing is warranted regarding the possible application of United States v. Teasley, 3:22-CR-083-FDW-DCK, 2023 WL 2599019 (W.D.N.C. Mar. 22, 2023) to this case.

**IT IS, THEREFORE, ORDERED** that the Government shall file a surreply brief of no more than seven (7) pages responding to the arguments about the application of the above-mentioned case in "Defendant's Reply To The Government's Response To Defendant's Motion To Suppress" (Document No. 27) on or before **November 9, 2023**.

**SO ORDERED**.

Signed: November 3, 2023

David C. Keesler
United States Magistrate Judge