# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:23-CR-00091-FDW-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **DEKATO BERNARD GIBSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the United States' Motion to Dismiss, (Doc. No. 63), the charges against Defendant in the above-captioned case. Under Federal Rule of Criminal Procedure 48(a), the Court **GRANTS** the United States' Motion.

**IT IS THEREFORE ORDERED** that the United States' Motion to Dismiss, (Doc. No. 63), is **GRANTED** and the charges contained in the Indictments in this case, (Doc. Nos. 1, 10), are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: May 3, 2024

_____
Frank D. Whitney
United States District Judge

1